# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
                                    *
MEGAN DE'AN WHITTINGTON,            *
                                    *
         Plaintiff,                 *
                                    *
    v.                              *   No. 21-1801C
                                    *   Filed: January 3, 2022
UNITED STATES,                      *
                                    *
         Defendant.                 *
                                    *
* * * * * * * * * * * * * * * * *  *
```

**O R D E R**

     On September 1, 2021, plaintiff filed the above captioned case at the United States Court of Federal Claims. On November 1, 2021, defendant filed a motion to dismiss plaintiff's complaint. Plaintiff's response to the motion to dismiss was due by December 2, 2021. On December 13, 2021, the court issued an Order noting that plaintiff had not timely filed a response and instructing plaintiff to file a response to the motion to dismiss. In the December 13, 2021 Order the court indicated that failure to respond could result in the complaint being dismissed. As of January 3, 2022, plaintiff has not filed a response to the November 1, 2021 motion to dismiss. Therefore, plaintiff's complaint is **DISMISSED**, without prejudice. The Clerk of the Court shall enter **JUDGMENT** consistent with this Order.

     **IT IS SO ORDERED**.

                                                                        s/Marian Blank Horn
                                                                    **MARIAN BLANK HORN**
                                                                          **Judge**